54 A.3d 259

**Graylin Bernard SPENCE**

v.

**STATE of Maryland.**

**No. 17, Sept. Term, 2012.**

Court of Appeals of Maryland.

Oct. 9, 2012.

Circuit Court, Worcester County, Thomas C. Groton, III, J.

Brian M. Saccenti, Asst. Public Defender (Paul B. DeWolfe, Public Defender, Baltimore, MD), on brief, for petitioner/cross-respondent.

Ryan R. Dietrich, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD) on brief, for respondent/cross-petitioner.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

PER CURIAM ORDER.

The petition and cross petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of October, 2012,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the petition and cross petition for writ of certiorari be, and they are hereby, dismissed with costs, the petition and cross petition having been improvidently granted.